PROB 12C
(6/16)

Report Date: October 27, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Gerardo De Los Santos-Fierro         Case Number: 0980 2:18CR00147-SMJ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 18, 2019

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 16 months<br>TSR - 12 months |
| Asst. U.S. Attorney: | Russell Smoot |
| Defense Attorney: | Katherine Westerman |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 11, 2020

Date Supervision Expires: December 10, 2021

### PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1** : You are prohibited from returning to the United States without advanced written legal permission from the United States Attorney General or his designee. Should you enter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: It is alleged that Mr. Santos-Fierro violated his conditions of supervised release on or about September 26, 2021, by returning to the United States without advanced written permission from the United States Attorney General or his designee.<br><br>On September 26, 2021, the undersigned officer received a voice mail from a sargeant with the Connell Police Department (Washington State).  The officer indicated he had contact with Mr. Santos-Fierro after pulling his vehicle over on a traffic stop.  Since Mr. Santos-Fierro was contacted by the Connell Police Department, he has not contacted the U.S. Probation Office nor reported to the probation office within 72 hours of his reentry. |

.

Prob12C

Re: Santos-Fierro, Gerardo De Los
October 27, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/27/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/28/2021
Date