PROB 12C
(6/16)

Report Date: July 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 27, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gerardo De Los Santos-Fierro        Case Number: 0980 2:18CR00147-SMJ-1

Address of Offender: No Fixed Address

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 18, 2019

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 16 months;<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: December 11, 2020 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: Unknown |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/28/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Gerardo De Los Santos-Fierro is in violation of his supervised release by committing a new crime, Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326.<br><br>On April 5, 2022, an indictment was filed charging Mr. Gerardo De Los Santos-Fierro for being an Alien in the United States after Deportation, in violation of 8 U.S.C. § 1326. He made his initial appearance on the above matter on April 7, 2022. The case is still pending. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: De Los Santos-Fierro, Gerardo**
**July 27, 2022**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 27, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

07/27/2022
Date